R. Isaak Hurst, Esq. (WSBA #: 43679)

International Maritime Group | PLLC

800 Fifth Avenue, Suite 4100 | Seattle, WA 98104

(Office) 206.992.0710 | (Fax) 206.707.8338

Hurst@Maritime.Law

*Attorneys for Defendant Jeremiah P. Hartman*

Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| PUGET SOUND REPAIR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JEREMIAH P. HARTMAN, *in personam*; and the M/V RODOLF, aka GOLD SHARK, Official No. 1208828, *in Rem.* <br><br> Defendants. | IN ADMIRALTY <br><br> Case No.: 2:19-cv-01532 <br><br> **ORDER OF DISMISSAL** |

   IT HAS BEEN STIPULATED by and between Plaintiff Puget Sound Repair, Inc., and

Jeremiah P. Hartman *in personam*, and the M/V Rodolf, aka Gold Shark (Official USCG #

1208828), *in Rem* (together "Defendants"), by and through their respective undersigned counsel

of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Defendants

and the Defendants counterclaims against Plaintiff in the above-captioned action, shall be

dismissed with prejudice and without fees or cots to either party.

//

//

ORDER OF DISMISSAL
Puget Sound Repair, Inc. v. Jeremiah Hartman, *et al*.
CASE NO: 2:19-CV-01532                Page **1** of 3

International Maritime Group | PLLC
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
(Office) 206.707.8338 | (Fax) 206.707.8338

ORDERED that Plaintiff's and Defendants' Stipulation of Dismissal is GRANTED in full. All claims and counterclaims of both Plaintiff and Defendants are hereby dismissed with prejudice and without fees or cots to either party.

DATED this 10th day of September 2020, at Seattle, Washington.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
Puget Sound Repair, Inc. v. Jeremiah Hartman, *et al*.
CASE NO: 2:19-CV-01532                Page **2** of **3**

INTERNATIONAL MARITIME GROUP | PLLC
800 FIFTH AVENUE, SUITE 4100 | SEATTLE, WA 98104
(Office) 206.707.8338 | (Fax) 206.707.8338

1.

## CERTIFICATE OF SERVICE

2.

3.

4.

     I hereby certify that on September 9th, 2020, the undersigned caused an electronic copy of the foregoing document to be filed through the Court's CM/ECF system, which will send notification of such filing on all associated counsel of record as follows:

5.

*Anthony M. Urie, PLLC*
*Jay S. Ritchie, PLLC*
*18130 Midvale Avenue N.*
*Shoreline, WA  98133*

6.

7.

DATED this 9th day of September 2020.

8.

9.

     Respectfully,

10.

     INTERNATIONAL MARITIME GROUP │ PLLC

11.

     By:   /s/ R. Isaak Hurst

12.

     R. ISAAK HURST, ESQ. (WSBA #: 43679)

     800 FIFTH AVENUE, SUITE 4100 │ SEATTLE, WA  98104

13.

     (OFFICE) 206.992.0710 │ (FAX) 206.707.8338

     HURST@MARITIME.LAW

14.

     *ATTORNEYS FOR DEFENDANTS*

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

ORDER OF DISMISSAL
Puget Sound Repair, Inc. v. Jeremiah Hartman, *et al*.
CASE NO: 2:19-CV-01532          Page 3 of 3

INTERNATIONAL MARITIME GROUP │ PLLC
800 FIFTH AVENUE, SUITE 4100 │ SEATTLE, WA 98104
(Office) 206.707.8338 │ (Fax) 206.707.8338